AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

WEYERHAEUSER COMPANY,

    Plaintiff,

V.

DOW CHEMICAL COMPANY, UNIVERSITY OF LEEDS,
BTG INTERNATIONAL LTD., and IAN M. WARD,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7 - 3 9 5

TO: (Name and address of Defendant)

    Dow Chemical Company
    c/o The Corporation Trust Company (registered agent)
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            June 21, 2007

CLERK                                         DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/13/07 |
| NAME OF SERVER (PRINT) STEVEN LENNON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED DOW CHEMICAL COMPANY, by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 9:15AM PERSON ACCEPTING: SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/07
          Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.