IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY,          )<br>                                )<br>         Plaintiff,             )<br>                                )   Civil Action No. 07-395-***<br>     v.                         )<br>                                )<br>DOW CHEMICAL COMPANY, UNIVERSITY )<br>OF LEEDS, BTG INTERNATIONAL LTD., and )<br>IAN M. WARD,                    )<br>                                )<br>         Defendants.            )  | |

## PRAECIPE

PLEASE ISSUE ALIAS SUMMONS to defendant **University of Leeds** in the above action. After the original summons was issued, plaintiff determined that University of Leeds is a public institution and subject to the service provisions set forth in 28 U.S.C. § 1608(d). Plaintiff therefore requests an alias summons to be issued to University of Leeds indicating that the defendant has 60 days to respond to the complaint.

                         ASHBY & GEDDES

                         */s/ Lauren E. Maguire*

                         _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Kenneth E. Keller
Michael D. Lisi
KRIEG, KELLER, SLOAN,
    REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Dated:   November 13, 2007
185813.1