## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-395 *** |
| | ) |
| DOW CHEMICAL COMPANY, | ) |
| UNIVERSITY OF LEEDS, | ) |
| BTG INTERNATIONAL LTD. | ) |
| and IAN M. WARD, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Weyerhaeuser Company and Defendant BTG International Ltd. ("BTG") and subject to the approval of the Court, that the time by which BTG shall answer, move, or otherwise respond to Plaintiff's complaint is extended to and including January 4, 2008.

  /s/ John G. Day  
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Lauren E. Maguire (I.D. #4261)  
ASHBY & GEDDES  
500 Delaware Ave., 8th Floor  
Wilmington, DE 19801  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
lmaguire@ashby-geddes.com  

*Attorneys for Plaintiff*  
*Weyerhaeuser Company*

  /s/ Richard K. Herrmann  
Richard K. Herrmann (I.D. #405)  
Mary B. Matterer (I.D. #2696)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801-1494  
(302) 888-6800  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  

*Attorneys for Defendant*  
*BTG International Ltd.*

**SO ORDERED** this ____ day of December, 2007.

_____
United States Magistrate