IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-395-*** |
| | ) |
| DOW CHEMICAL COMPANY, UNIVERSITY OF LEEDS, BTG INTERNATIONAL LTD., and IAN M. WARD, | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Dow Chemical Company to move, answer or otherwise plead in response to the Complaint is extended until January 2, 2008.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ John G. Day* | */s/ Rodger D. Smith II* |
| Steven J. Balick (#2114) | Rodger D. Smith II (#3778) |
| John G. Day (#2403) | 1201 N. Market Street |
| Lauren E. Maguire (#4261) | P.O. Box 1347 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | (302) 658-9200 |
| Wilmington, DE 19899-1150 | rsmith@mnat.com |
| sbalick@ashby-geddes.com | *Attorneys for Defendant* |
| (302) 654-1888 | *Dow Chemical Company* |
| *Attorneys for Plaintiff* | |
| *Weyerhaeuser Company* | |

SO ORDERED this ___ day of _____ 2007.

_____
United States Magistrate Judge

1325550