eyerhaeuser Company, et. al., Plaintiff(s)
vs.
ow Chemical Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 250298-1

aw Firm Requesting Service:
KRIEG, KELLER, SLOAN, ET AL
Mr. Patrick W. Love
114 Sansome St., 4th Flr.
San Francisco, CA 94104-3898

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--BTG International Limited
Court Case No. 07-395

| | |
|---|---|
| ame of Server: | **Craig Hampton**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| ate/Time of Service | that on 15-Nov-2007 02:05 pm |
| lace of Service: | 10 Fleet Place, Limeburner Lane, London EC4M 7SB, |
| ocuments Served: | the undersigned served the documents described as: Summary of the Document to be Served, Complaint for Declaratory Relief and Demand for Jury Trial, Exhibits "A" - "F", Summons in a Civil Case, Civil Cover Sheet, Report on the Filing or Determination of an Action regarding a Patent or Trademark, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Standing Order |
| ervice of Process on, erson Served, and ethod of Service: | A true and correct copy of the aforesaid document(s) was served on: **BTG International Limited** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **David Mussenden, Head of Legal Department** |
| escription of erson Receiving ocuments: | The person receiving documents is described as follows: Sex **M** ; Skin Color **Caucasian** ; Hair Color **Black** ; Facial Hair Approx. Age **35** ; Approx. Height **5'09"** ; Approx. Weight ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| ignature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.  *C. Hampton* Signature of Server | Subscribed and sworn to before me this 4th day of December, 2007 |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

ANDREW M JACKSON
NOTARY PUBLIC
55/56 QUARRY STREET
GUILDFORD GU1 3UE
Surrey England UK
to: 643:11 76779