# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEYERHAEUSER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-395 *** |
| | ) | |
| DOW CHEMICAL COMPANY, | ) | |
| UNIVERSITY OF LEEDS, | ) | |
| BTG INTERNATIONAL LTD. | ) | |
| and IAN M. WARD, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Weyerhaeuser Company and Defendant BTG International Ltd. ("BTG") and subject to the approval of the Court, that the time by which BTG shall answer, move, or otherwise respond to Plaintiff's complaint is extended to and including February 4, 2008.

_____ */s/ John G. Day* _____            _____ */s/ Richard K. Herrmann* _____
Steven J. Balick (I.D. #2114)                             Richard K. Herrmann (I.D. #405)
John G. Day (I.D. #2403)                                   Mary B. Matterer (I.D. #2696)
Lauren E. Maguire (I.D. #4261)                        MORRIS JAMES LLP
ASHBY & GEDDES                                            500 Delaware Avenue, Suite 1500
500 Delaware Ave., 8th Floor                            Wilmington, DE 19801-1494
Wilmington, DE  19801                                      (302) 888-6800
(302) 654-1888                                                 rherrmann@morrisjames.com
sbalick@ashby-geddes.com                             mmatterer@morrisjames.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com                          *Attorneys for Defendant*
                                                                      *BTG International Ltd.*

*Attorneys for Plaintiff*
*Weyerhaeuser Company*


**SO ORDERED** this _____ day of December, 2007.


_____
United States Magistrate