IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-395-*** |
| v. ) | |
| ) | |
| DOW CHEMICAL COMPANY, UNIVERSITY ) | |
| OF LEEDS, BTG INTERNATIONAL LTD., and ) | |
| IAN M. WARD, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Weyerhaeuser Company hereby dismisses its complaint with prejudice as to defendants Dow Chemical Company, University of Leeds and Ian M. Ward.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Kenneth E. Keller
KRIEG, KELLER, SLOAN,
  REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Dated:  January 3, 2008
187016.1