IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOW CHEMICAL COMPANY, UNIVERSITY )<br>OF LEEDS, BTG INTERNATIONAL LTD., and )<br>IAN M. WARD, )<br>)<br>Defendants. ) | Civil Action No. 07-395-*** |

### NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Weyerhaeuser Company hereby dismisses its complaint with prejudice as to defendant BTG International Ltd.

                                                      ASHBY & GEDDES

                                                      */s/ Lauren E. Maguire*

                                                      _____
                                                      Steven J. Balick (I.D. #2114)
                                                      John G. Day (I.D. #2403)
                                                      Lauren E. Maguire (I.D. #4261)
                                                      500 Delaware Avenue, 8th Floor
                                                      P.O. Box 1150
                                                      Wilmington, DE 19899
                                                      Telephone: (302) 654-1888
                                                      sbalick@ashby-geddes.com
                                                      jday@ashby-geddes.com
                                                      lmaguire@ashby-geddes.com

                                                      *Attorneys for Plaintiff*

*Of Counsel:*

Kenneth E. Keller
KRIEG, KELLER, SLOAN,
   REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Dated: January 31, 2008
187797.1