Case 1:07-cv-00395-GMS-MPT  Document 14  Filed 02/01/2008  Page 1 of 3

Case 1:07-cv-00395-GMS-MPT  Document 3  Filed 06/21/2007  Page 1 of 2

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following  x Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv395 | DATE FILED<br>06/21/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Weyerhaeuser Company | | DEFENDANT<br>Dow Chemical Company et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,939,496 B2 | 09/06/2005 | PSA Composites LLC |
| 2 | US 2005/0171246 A1 | 08/04/2005 | PSI International Inc. |
| 3 | US 2005/0192382 A1 | 09/01/2005 | Francis W. Maine et al |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*See attached Notices of Dismissal (DI 12 + 13)*

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>NTL | DATE<br>06/22/2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-395-*** |
| v. ) | |
| ) | |
| DOW CHEMICAL COMPANY, UNIVERSITY ) | |
| OF LEEDS, BTG INTERNATIONAL LTD., and ) | |
| IAN M. WARD, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Weyerhaeuser Company hereby dismisses its complaint with prejudice as to defendants Dow Chemical Company, University of Leeds and Ian M. Ward.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

Of Counsel:

Kenneth E. Keller
KRIEG, KELLER, SLOAN,
  REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Dated: January 3, 2008
187016.1

13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEYERHAEUSER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-395-*** |
| v. ) | |
| ) | |
| DOW CHEMICAL COMPANY, UNIVERSITY ) | |
| OF LEEDS, BTG INTERNATIONAL LTD., and ) | |
| IAN M. WARD, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Weyerhaeuser Company hereby dismisses its complaint with prejudice as to defendant BTG International Ltd.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Kenneth E. Keller
KRIEG, KELLER, SLOAN,
  REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Dated: January 31, 2008
187797.1